# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: acruz | Date Created: 6/15/2016 |
| Case: 1−15−45389−nhl | Form ID: 318DI7 | Total: 36 |

**Recipients of Notice of Electronic Filing:**
tr          Robert J Musso          rmusso@nybankruptcy.net
aty         Kevin B Zazzera         kzazz007@yahoo.com
aty         Robert J Musso          rmusso@nybankruptcy.net

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Brandon Burchman          218 Rolling Hill Green          Staten Island, NY 10312
jdb         Fran Burchman             218 Rolling Hill Green          Staten Island, NY 10312
smg         NYS Department of Taxation & Finance          Bankruptcy Unit          PO Box 5300          Albany, NY 12205
smg         NYC Department of Finance          345 Adams Street          Office of Legal Affairs          Brooklyn, NY 11201−3719
smg         NYS Unemployment Insurance          Attn: Insolvency Unit          Bldg. #12, Room 256          Albany, NY 12240
smg         Office of the United States Trustee          Eastern District of NY (Brooklyn Office)          U.S. Federal Office Building          201 Varick Street, Suite 1006          New York, NY 10014
8758402     American Express Bank, FSB          c o Becket and Lee LLP          PO Box 3001          Malvern, PA 19355−0701
8707611     Amex          P.o. Box 981537          El Paso, TX 79998
8707613     BB & T          Po Box 2027          Greenville, SC 29602
8707612     Barclays Bank Delaware          125 S West St          Wilmington, DE 19801
8707614     Bk Of Amer          Po Box 982235          El Paso, TX 79998
8707615     Chase Card          Po Box 15298          Wilmington, DE 19850
8707616     Citi          Po Box 6241          Sioux Falls, SD 57117
8765702     Citibank, N.A.          c/o Quantum3 Group LLC          PO Box 280          Kirkland, WA 98083−0280
8707617     Comenity Bank/vctrssec          Po Box 182789          Columbus, OH 43218
8766026     Comenity Capital Bank/Paypal Credit          C O WEINSTEIN & RILEY, PS          2001 WESTERN AVENUE, STE 400          SEATTLE, WA 98121
8707618     Fed Loan Serv          Pob 60610          Harrisburg, PA 17106
8707619     Harris & Harris Of Chicago          111 West Jackson Boulevard, Suite 400          Chicagi, IL 60604
8707620     New York Community Ban          615 Merrick Ave          Westbury, NY 11590
8732510     New York Community Bank          102 Duffy Avenue          Hicksville NY 11801
8707621     Nissan Moto Acceptance Corp          P O Box 9001133          Louisville, KY 40290
8707622     Nissan Motor Acceptanc          Po Box 660360          Dallas, TX 75266
8758705     PYOD, LLC its successors and assigns as assignee          of Citibank, N.A.          Resurgent Capital Services          PO Box 19008          Greenville, SC 29602
8707623     Syncb/sleep Number          Po Box 965036          Orlando, FL 32896
8774714     Synchrony Bank          c/o Recovery Management Systems Corp          25 SE 2nd Ave Suite 1120          Miami FL 33131−1605
8707948     Synchrony Bank          c/o Recovery Management Systems Corp.          25 S.E. 2nd Avenue, Suite 1120          Miami, FL 33131−1605
8771273     TOYOTA MOTOR CREDIT CORPORATION          C/O BECKET AND LEE LLP          PO BOX 3001          MALVERN, PA 19355−0701
8707624     Toyota Motor Credit Co          90 Chrystal Run Rd          Middletown, NY 10940
8745337     U.S. Department of Education          c/o Fedloan Servicing          P.O. Box 69184          Harrisburg, PA 17105−9184
8764917     USAA Federal Savings Bank          C/O Weinstein & Riley, P.S.          2001 Western Avenue, Ste. 400          Seattle, WA 98121
8714618     USAA Federal Savings Bank          Weinstein & Riley, P.S.          260 W. 36th Street, Suite 801          New York, NY 10018          Attn: Charles H. Jeanfreau
8707625     Usaa Federal Savings B          10750 Mcdermott          San Antonio, TX 78288
8707626     Usaa Federal Savings B          Po Box 47504          San Antonio, TX 78265

TOTAL: 33